IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. EVANS, | ) | |
| Petitioner, | ) | No. C 05-4202 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| RICHMOND, CA P.D., | ) | |
| Respondent(s). | ) | |

    Petitioner, a state prisoner at San Quentin State Prison, has filed a pro se petition for a writ of habeas corpus alleging various wrongdoing on the part of the Richmond, California Police Department.

    The petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983.  The Ninth Circuit has made clear that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge will not necessarily shorten the prisoner's sentence.  See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003).

    The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot, and close the file.  No fee is due.

SO ORDERED.

DATED: October 26, 2005

CHARLES R. BREYER
United States District Judge